REVISED DATE: 09/2001

FILED
SEP - 6 2005
See Exhibits Attachments
CLERK
U.S. District & Bankruptcy Courts
Southern District of West Virginia

**FORM TO BE USED BY A STATE PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. SECTION 1983 OR BY A FEDERAL PRISONER IN FILING A BIVENS CLAIM.**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF [redacted] West Virginia
WESTERN DIVISION Huntington

NO. 3:6:05-0729
(leave this space blank)

1. Mr. Cornelius Tucker Jr.
(in Propria Persona)
(enter full names of each plaintiff(s))

UNDER imminent danger of serious physical injury

v.

Inmate Number 0412703 State
23165056 Fed. Pre. Detainee

1. Michael Munns;
2. Patty Drossnickle
3. Darrell Harper
4. Robert Fountain
5. Wagstaff
6. Robert H. Hobgood
7. Addington
8. S. Winsgrove
9. Commissioner, unknown Names
10. Secretary
11. Director
12. Treasurer dep.
13. Van Buren
14. G. Currie
15. James Irwin
16. Lynn Adcock

(enter full names of each defendant(s))

*****************************************************************************

**I. HAVE YOU BEGUN OTHER LAWSUITS IN FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION? YES ( ) NO (✓)**

If your answer is YES, describe the former lawsuit in the space provided below:

**II. DID YOU PRESENT THE FACTS RELATING TO YOUR COMPLAINT TO THE STATE INMATE GRIEVANCE PROCEDURE? YES (✓) NO ( )**

If your answer is YES:

1. What steps did you take? See Attachment Grievance
2. What was the result? (Attach copies of grievances or other supporting documentation.) See Attachment



# North Carolina Department of Correction
## Division of Prisons
## Office of the Director

Michael F. Easley
Governor

Theodis Beck
Secretary

TO: Cornelius Tucker

LOCATION: Polk Youth (3980)

DATE: 6-30-05

OPUS #: 0412703

RE: Problems w/ Condition Of Confinement at facility

**CORRESPONDENCE ADDRESSED TO:**

✓ **Director of Prisons** ___ **Secretary of Correction** ___ **Governor** **Other** ___

☐ Your recent correspondence addressed to the official listed above has been forwarded to my office for review. After reviewing your correspondence, it has been determined that your concerns can best be addressed by staff at your assigned facility who are more familiar with this matter. Your correspondence is being returned to you and your concerns should be reviewed with your Case Manager or other Managers at your assigned prison. If your concerns have been addressed previously, no additional action will be taken in this matter.

☐ Your recent correspondence addressed to the official listed above has been forwarded to my office for review. The concerns expressed in your letter may warrant further review. Your correspondence has been forwarded to the section/office listed below for appropriate review and disposition. I have asked this section/office to review your correspondence and provide you with the appropriate response.

**Forwarded To:** ___

☐ Your recent correspondence addressed to the official listed above has been forwarded to my office for review. I appreciate your comments and thoughts. Your correspondence has been forwarded to the appropriate manager for their information and consideration.

☐ Your recent correspondence appealing the suspension of one of your visitors is being returned to you. Policy does not allow you to appeal a visitor's suspension for them. If your visitor wishes to appeal the suspension of visitation privileges, the visitor may do so by writing to the Director of Prisons.

... been forwarded to my office for review. This grievance is not considered

See Attachment [illegible] to Director of N.C. Prisons; Asst D. Osborne

DC-410 (8/89)

Notary de Privation T. Clifford. M. Harris. J. Councilman.

# NORTH CAROLINA DEPARTMENT OF CORRECTION
## DIVISION OF PRISONS
## ADMINISTRATIVE REMEDY PROCEDURE

1. Inmate Name: Cornelius Tucker 2. Inmate No.: 0412703

3. Location: Polk. D-103. Seg. unit 4. Date: June 24 2005.

5. Grievance Statement: I informed Supervisor Case mgr. Jennifer Councilman that I've been denied Notary Service two weeks in a row, to no avail. Although Notary Todd Clifford Notarizes Caucasian inmates legal documents, as an African American Prisoner. Since Admin Rowland took office. The Caucasian Polk staff Asserts An Uncompromising deprivation to Access to Court to us Af. American Prisons. D-110 Patterson requested Notary last week to Councilman, to no avail. Cedric Caldwell requested Notary. As Dial and Clifford were in the unit today. Notarizing Caucasians papers. But black guards informed us. Clifford hurriedly Duck out, to Deny us blacks Notary Service. This is a Direct Product of Michael Munns and Councilman to suppress, hide, cover up, conceal Cruel and unusual Punishments. Discrimination manifest. First, Fourth and 14th U.S. Const. Am. violation.

6. What remedy would resolve your grievance?: I Require Notary Service for (A) Small Claims Proceedings Injury Case Against Polk (B) Savings bonds PDF-1048 Forms (2) Maliciously Discarded, intended for U.S. Bureau/debt. div. 5-11 and 5-20.05. Discarded by Munns, Smith and Mitchell.

7. Inmate Signature: Cornelius Tucker I Have deadline today to File Motion 04-CVD-876

**OFFICIAL USE**

8. Date received: ___/___/___ 9. ______________________ Receiving Officer Signature

RECEIVED JUN 30 2005 DIVISION OF PRISONS

10. ☐ This grievance is returned and can only be accepted when your current grievance completes step two.

11. Date delayed: ___/___/___ 12. ______________________ Screening Officer Signature

13. The grievance is rejected for the following reason(s): (Enter Code) __________

A. State or Federal Court Decision
B. Parole Commission Decision
C. Appeals disciplinary action
D. Action not yet taken
E. Exceeds 1 year time limit
F. Remedy for another inmate
G. More than one incident
H. ARP procedures not followed
I. Violates Disciplinary No. 38
J. Beyond control of DOC

If grievance is rejected, # 13, # 14, # 15, and # 16 are completed by the Screening Officer, a photocopy of grievance is forwarded to Superintendent for review, and the original grievance is returned to inmate.

14. Rejection Justification: ______________________

15. Date rejected: ___/___/___ 16. ______________________ Screening Officer Signature

17. Date accepted: ___/___/___ 18. ______________________ Screening Officer Signature

19. Grievance No.

Item #13, 15, or 17 to be completed within 3 calendar days of item #8.

Distribution: White to point of final disposition, Blue for Unit record; Green to inmate.

Exhibit A ... 9:00 P.M.

"Director: This Grievance / [illegible] concerns Notary Public department a conspiracy. Campaign scheme Participated Councilman [illegible] must write Councilman to receive Notary Service instead of directly writing the Notary Personally which arbitrarily create an obstacle course. Since Councilman chose ignorantly to oppose our process to ascertain Notary Service. This has gone on against black prisoners since Councilman became the Supervisor. case worker in April 2005. [illegible] Mohave

Councilman, Clifford and Morris. Rowland. [illegible] Graven are all defendants in Numerous filed. Small claims state lawsuits and Federal lawsuits. Due to their trifling / malicious undermining of access to court [illegible] to [illegible] Complaints against Polk [illegible] Polk. Since [illegible] has [illegible] federal civil lawsuits [illegible] more serious brutalities against black prisoners Environmental - water process Gross / Pathogenic stagnant brown stinking drinking water. rats, mice, brown recluse spiders. [illegible] maliciously [illegible] causing serious poisoning.

Cruelties that aren't normal heard in a prison locked environment. red neck abusiveness designed to torture black prisoners. As a prisoner at Polk over 4 years there is an arbitrary medical standard which discontinued my Coumadin [illegible] Chronic blood [illegible] to find me medically approved to Polk. Although my Polk history disagreed with suites [illegible] Polk

Asst. Dir. D. Osborne 6/24/05 See Subpoena Attached. Todd Clifford/Notary

I signed up for Notary Service.

I didn't receive Notary Service. Again (2) weeks in A-row. by Todd Clifford and Case Mgr. J. Councilman. There is racial discrimination involved. As I told you recently your refusal to intervene. Escalation into a State civil suit.

I urge and advise you to get with Munns also. About sweeping / mopping out recreation areas and garbage collection in cells. Munns is so afraid. The black guards will pass legal papers amongst black and white prisoners due to Munns and white guards mistreatment of prisoners in a sadism role. That Munns, Mr. Rowland cannot focus on scheduling Notary and clean up routine. If Munns would mind his business, instead of [illegible] / useless distribute correspondences. to black men prisoners. Cutthroat Mollines, and Pranksters practices this prison would be better supervised, cleaner, healthier, and less lawsuits. Munns feels that being stupid ignorant is a better Psychological defence for him. He is outdated and draconian in his racial disparity practices.

P.S. write more when I transfer

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit

Plaintiffs: ______________________

______________________

______________________

Defendants: ______________________

______________________

______________________

2. Court (if federal court, name the district; if state court, name the county):

______________________

______________________

3. Docket Number: ______________________

4. Name of judge to whom case was assigned:

______________________

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

______________________

______________________

6. Approximate date of filing lawsuit: ______________________

7. Approximate date of disposition: ______________________

Polk Prison

**II. Place of Present Confinement:** 1001 Veazey rd. P.O.B 2500 Butner N.C. 27509

A. Is there a prisoner grievance procedure in this institution?

Yes ✓ No ____

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes ✓ No ____

C. If your answer is YES:

1. What steps did you take? Same

2. What was the result? Same

D. If your answer is NO, explain why not: ____________________

**III. Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff: Mr. Cornelius Tucker Jr

Address: 1001 Veazey rd. P.O. 2500 Butner NC 27509

B. Additional Plaintiffs and Address: ____________________

All defendant's in Their Individual and Official Capacities Under Color of State and Federal Law: During Their Employment incidents of Claim

See', Biven V. Six Unknown Named Agents of Fed. Bureau of Narc's, 403 U.S. 388 (1971)

Mr. Cornelius Tucker
#0412703
POB 2500
Butner, NC 27509

Butner NC 27509

1. Michael Munns / Guard Asst. Supt. Polk. P.O. 2500
2. Patty Grossnickle: U.S. Treasury - Accrual Acct / Customer Ser. 200 3rd St. Parkersburg, W.V.A. 26102.
3. Darrell Harper: Mgr. Treasury Bureau Public Debt Same
4. Robert Fountain. Polk / Same.
5. Wagstaff. Polk Guard
6. R.H. Hobgood. Granville County Superior Ct. Judge. 101 Main St. Oxford. N.C. 27565
7. Additional Guard Lt. Polk
8. S. Winsgrove. Treasury bureau debt. Same
9. Unknown-Named Comm. Treasury Bureau Public Debt. Fed Agents 10 Secretary. 11. Director.
12. Treasurer. Deputy / 13. Vanburen Polk Guard Lt.
14. George E. Currie. 831 W. Morgan St. Raleigh NC 27603. Regional Office
15. James Orwin. Polk Account Clerk
16. Lynn Adcock Polk asst. acct. Clerk

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant See Attachment

is employed as ____________________

at ____________________

D. Additional defendants: ____________________

IV. **Statement of Claim** (Arises Federal Question Laws and Facts 42 U.S.C. Sec 1983, 28 USC 1331, 1334, 1343.

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheet if necessary).

1st issue: Plaintiff Tucker, Had 30 U.S. Treasury bonds. EE. Series total value $1,500.00. Stolen by Fountain and Munns. Polic defendant's Dec 3, 04 In a cell destruction. and bonds and All his Property (wearing artists) transcripts. legal books Photos. legal mailings. outgoing. and home Insurance Policies Thrown In Trash Containers. In a black ball in front of Prisoner Witnesses. inmates. [illegible] Tension Ce [illegible] and Ben Nelson, whom Corroborate observation causing: Adverse Collateral Consequences, Them. Munns. Tampering with outgoing legal mailings of Tucker's

[illegible] impracticable [illegible] 5.9 [illegible]
Conditions [illegible] 1983 [illegible] habitual Judicial
misconduct Injunctive/declaratory
This relates to Judge Robert [illegible] Smith
County Justice Court Small Claims cases
[illegible] 519, 521, 539,
534 and 538 [illegible]
[illegible]
and [illegible] in an [illegible]
[illegible] Harris Wagstaff Smith [illegible]
[illegible] Bonds [illegible] Possessed by
Polk staff and Gov't interference in relation to
[illegible] Govt Impediment Fraud [illegible]
Along with District state Court Judges [illegible]
and Wilkinson [illegible] Dismissed Attny. [illegible]
[illegible] from Small Claims [illegible]
to Conceal Unlawful [illegible] Conspiracy.
Endeavor [illegible] and [illegible]
Exparte [illegible]
[illegible]
[illegible] statements
Judicial misconduct [illegible] Rise to claim.
requiring mand. [illegible] and
Disciplinary / Censure Proceedings
I declare under penalty of Perjury that the foregoing is
true and correct Aug. 31 2005
[signature]

From Dec 04 Thru Aug 05 by Destruction Discarding Forms PDF 1048, 4000, 2743 From treasury For bonds lost, mutilated destruction Reissuance In A Govt Individual Interference Conspiracy Committee of Racial Profiling Trauma is Emancipation [illegible] Afr. Amer (49).

1st and 4th U.S. Const Am. violations, And to further divert Money reimbursement Cash surrender. Polk other defendants Plotted A Torture Assault by Appalachian Center Washington Fun Man Munn Vanbuven by Opening my designated Cell Door At [illegible] At 9:30 AM. And Beat me Using Dangerous Assault Combat [illegible] baton, Shield, Oleo Capsicum Pepper spray [illegible] Kicking and Beating me (8) Guards Including Munn. Dislocating my right Arm And breaking 3 fingers, subdural hematomas, Epidural hematoma, Head Face, Swelling, Pain, Cuts, bruising / Bleeding, Neck back Injuries, legs, feet.

I was Denied a Shower for 4 Days and Denied treatment Therefor, by Polk County Staff.

---

In Human mistreatment, torture of A Prisoner And American Under Disabilities Act Yaroslav [illegible] (Chan of [illegible] Jan 22 05 S.O.S. [illegible] '80 And Burn ADA of 1991 S.S.I. Disability recipient.
Racial Profiling, Cruel And Unusual Punishment, And Deliberate Indifference to My Serious Medical Needs 4th and 8th U.S.C.A. violations.

The treasury [illegible] Acted In Concert Commingling Ones Munis Informed Them of My race ethnicity And ADA status. They refused to Redeem the Bond [illegible] Number at $ 2150.00 149 Bonds mainly A $50 bond [illegible] Bought Jan 05 $ [illegible] 500.00

Polk - state Orwin + ADCock hns $ 5,500.00 of the bond and (a fine to commit in a Malice Conspira" Riot by them and attorney J. Craven, whom mailed them to Polk march 7.05 the bond Contract to Keep all bonds Custody Prison release. But Breach the contract to cause the Maurice Collateral [illegible] Treasury defendants Intent is to Extort and Embezzle [illegible] to Initiate Contract and the Improper [illegible] Misdemeanor bonds amount of $2,700. total and return to reissue 30-bonds [illegible] by Polk.

or resolve the matter in a [illegible] Providing Process of Illegal Discriminative [illegible]. There are large [illegible] body of Endemic [illegible] Treasury Bond [illegible] [illegible] Treasury [illegible] Determination Sec. 261 (3) to No [illegible] [illegible] treasury [illegible]

310 CAUSE ISSUE ... 353.24.

This [illegible] Public [illegible] Defendants [illegible] to call upon Fed investigative agency re! Falk [illegible] remail my bonds. Only $75.00. or less amount value or Prisoners [illegible] Allowed in a Prison due to Possibility of Theft [illegible] Prison [illegible] or worse Plundering Prisoner For Money. Too Enticing an Opportunity.

relief re! Replacements For lost bonds sec. 353.25 Substitute [illegible] or Payment Surrender.

sec. Error of Agencies 353.49

Inadequate Complaint Appeal relief sec. 353.26 Claimant to Preserve Public Confidence in dealing with Issuing Agents. see! Adjudication of Claim Expeditiously

sec. 353.28(b) 353.29 Adj. Accrued interest added.

In instant case of defendants Commingle to Produce a Predicate Penchant for Endemic racism, illegal discriminatory Practices. Singling out [illegible], racial Profiling, Epithets, Slurs, Assaults, brutality. Re Acts are Intentional Abuse widespread at Govt levels, all Agencies mentioned, and Condone illegal acts. in their Collusion.

4th cause Applies to my Juvenile daughter Angelina C Tucker that Suffers. Disease From Vaccines, Autism related. Now in Custody of R.C.DSS until Aug. 31. 2005. Thimerosal linked Preservative More definitely / Explained in the research Compilation On the following page. reason. which require the bonds release. To Assist her Medical treatment. also suffer Phlebitis [illegible] Thrombosis.

(Continued Next Page)

* In a June 2000 secret meeting in Georgia convened by the Center for Disease Control and Prevention (CDC) and attended by officials from the Federal Drug Administration (FDA), the World Health Organization and representatives from pharmaceutical companies that manufactured vaccines, the relationship between vaccines and autism was discussed. Tom Verstaeten of the CDC had uncovered statistical evidence that linked thimerosal, the preservative in vaccines, with autism, speech delays, attention-deficit disorders and hyperactivity.

Previous to 1989, a young child received three vaccinations - for polio, diphtheria- tetanus-pertussis, and measles-mumps-rubella. Three additional vaccines were recommended by the CDC and FDA in 1991. Now, by the time a child reaches first grade he/she would have received 22 vaccinations. Since 1991, the incidence of autism jumped from one in 2,500 to one in 166. For fear that the public would reject immunizations, the information was suppressed. By the time Verstaeten's work was published in 2003, he had gone to work for GlaxoSmithKline and managed to bury the link between thimerosal and autism. To further conceal the vaccine study results and to thwart the Freedom of Information Act, the CDC handed the data base Verstaeten used over to a private company

The use of thimerosal has been phased out in most vaccines but vaccines with thimerosal have been shipped to China, India and third world countries where autism rates have soared. It is still used here in some pediatric flu vaccines and in tetanus boosters given to 11-year-olds and required before youngsters can participate in school sports.

Senate Majority Leader Bill Frist, a physician who has received $873,000 in contributions from pharmaceutical companies, has tried to seal all government-related vaccine documents, as well as the transcripts of the 2000 Georgia meeting. Frist has tried to slip riders into home security and antiterrorism bills that would protect Eli Lilly, the developer of thimerosal, from law suits. In 2002, Eli Lilly contributed $10,000 to Frist's campaign and bought 5000 copies of his book on terrorism the day after the "Eli Lilly Protection Act" was passed.

Ethylmercury, a component of thimerosal, has been known to be toxic for decades. Russia banned thimerosal from vaccines 20 years ago. Great Britain, Japan, Austria, Denmark and the Scandinavian countries soon followed. In 1971, Lilly's own studies found that thimerosal was "toxic to tissue cells" in concentrations of one part per million - 100 times weaker than that found in the typical vaccine. It is too toxic to study. When injected into animals, their brains are severely affected. If applied to tissues, the tissues die. Cells in petri dishes die when exposed to it. In 1977, when an antiseptic preserved with thimerosal was dabbed on the umbilical cords of 10 babies in a Toronto hospital, all died.

The federal government has tried to prevent vaccine research and has downplayed their relationship with autism. One reporter, Dan Olmstead of UPI, decided to study a "control" group- the Amish of Lancaster County, Pennsylvania who refuse to immunize their children. Instead of the statistically predicted 130 cases of autism, he found four. Three of the children had been immunized and the fourth had been exposed to high levels of mercury from a power plant.

How could the continued use of this preservative have been allowed? The House Reform Committee found that four of the eight CDC advisors who approved guidelines for a retrovirus vaccine had ties to pharmaceutical companies. It is not necessary to use a preservative in vials of single-dose vaccines. However, it is cheaper to package vaccines in multiple doses, especially for overseas usage and in times of pandemics. Fortunately, most vaccines in the US are in single-dose vials and the incidence of autism has decreased. Iowa and California have banned mercury in all vaccines used in those states.

**Violence of Power**

(This material was taken by an article by Robert F. Kennedy, Jr., an environmental lawyer.)

**IV. Statement of Claim (continued):**

This Court has Jurisdiction and Venue for relief. Injunctive for Judge Hobgood, refusing me opportunities in case! 05-CVM-519, 52, 539, 568 Small claims cases, i.e. Bonds withheld and Destroyed in a Govt impediment interference in relation to treasury bonds recovery: Fraternization and Engaging in Judicial Misconduct, illegalities to assist extortion / Embezzlement & [illegible] with Colleagues of Govt Employment. Denying access to Court: 1st, 6th, 4th, 5th, 14th. U.S.C.A violations 28 U.S.C. sec. 2201 and 2202

**V. RELIEF**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Injunctive as to Judge / defendant Hobgood, Mandatory. recused and Disqualified from future claims cases. and declaratory (4 cases [illegible] [illegible] [illegible] and Filed! Compensatory Damage Awards 10 million dollars. Each Def. paying [illegible] separately. U.S. Currency Punitive Damage Awards: 30 million dollars. reasonable attorney's fee 42 USC sec. 1988, Such and other further relief deemed Equitable in favor of [illegible]

mail TomPkins [illegible] Fountain. Irwin. Smith Rowland. Includes. Industrial Commission Suits (6) 1983 | Biven's, Suits. others mailed from W.S. N.C.
Small Claims suits (4)
Complaints to: N.C. Prisoner's legal Services 2004/2005
Habeas C. forms / [illegible] Petitions [illegible] / State forms
letters to Treasury dept (9)
[illegible] was mailed due to [illegible]
Et al. Conspiracy [illegible] fraud to Delete, and hide. Cover up. unlawful acts by Polk etc. et al.
[illegible] Seal legal mailings.
Shaving Apparatus / Process
out [illegible] [illegible] for 5 years.
Access to Courts.
Religious Program
Educational Program
Library [illegible] due Process. Atypical significant Hardship re: Conditions of Confinement. lockup unduly for 5 years. racially motivating [illegible]
Mevonis Beck. D. Rowland.
Dislocated arm [illegible] Deliberate [illegible] treatment in A retalitorial routine.
Delib. Indif. to Serious Medical needs
Possessing Securities instruments bonds of sizeable value. Refused to Mail in a fraud Conspiracy with Smith Craven.

**V. Relief (continued)**

Counsel Appointment

Prison transfer to Medium custody

Surrender 7,2500 in bonds cash out

Plus interest Earned accrued.

Defendants Dismissed from Govt Employment Positions

**VII. Counsel** Request law student for Counsel App.

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name:

_______________

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

Yes ✓ No ___

If so, state the name(s) and address(es) of each lawyer contacted:

Richard Cotroux

1112 Wake forest rd. Raleigh NC 27604

If not, state your reasons: Denied rep

_______________

C. Have you previously had a lawyer representing you in a civil action in this court?

Yes ___ No ✓

File No. 05-CVM-5215

**STATE OF NORTH CAROLINA**

Granville County

In The General Court Of Justice
☐ District ☑ Superior Court Division

Additional File Numbers

MR. Cornelius Tucker, Plaintiff

VERSUS

James Braxton Craven, III and Gina Oates

Motion to Compel Production / Appearances -

**SUBPOENA**

G.S. 1A-1, Rule 45

Party Requesting Subpoena
☐ State/Plaintiff ☐ Defendant

**NOTE TO PARTIES NOT REPRESENTED BY COUNSEL:** *Subpoenas may be produced at your request, but must be signed and issued by the office of the Clerk of Superior Court, or by a magistrate or judge.*

Name And Address Of Person Subpoenaed

TO 1. Michael Munns, 1001 Veazey Rd, Butner, NC 27509

Telephone No. N/A

2nd Subpoenaed Person (blk) Female

2. [redacted] / 1001 Veazey Rd, Butner NC 27509, Davis, Behavioral mgt.

Telephone No. 919-575-3070

**YOU ARE COMMANDED TO:** *(check all that apply):* Gov't impediments, Property destruction, Racial disparit

☑ appear and testify, in the above entitled action, before the court at the place, date and time indicated below.
☑ appear and testify, in the above entitled action, at a deposition at the place, date and time indicated below.
☑ produce and permit inspection and copying of the following items, at the place, date and time indicated below.
☒ See attached list. *(List here if space sufficient)* Munns, [redacted] Davis: Appear, to be deposed by Mr. Tucker / In Propria Persona Afrestyle, 7/5/2005. Due to Direct material witness(es) testimony, to aid decisional process, Munns, order Polk staff to destroy outgoing mailings in this case Plaintiffs, and forge documents to get a[...] illegal dismissal of him and some staff from court attendance, as though he's Good's / Guard. Recently Munns at fed civil court, Judge Boyle's in a brutality case. Beat a youth bad, also accused of killing a youth at Central Prison, prior to Polk: Also fountain, Suffell to destroy Tucker Books, Property, Books reissuance pdf, co48 form by unsealed mail inspection illegal routine, to destroy, discard court complaints of prisoners. Produce D.C. 141 For Dec. 3, 04 All Grievances, All DC 160, All Policy in Cell search, Property care;

Name And Location Of Court/Place Of Deposition/Place To Produce
Granville Magistrate Court
101 Main St, Oxford NC 27565

Date To Appear/Produce: 7-5-05

Time To Appear/Produce: 9:30 ☑ AM ☐ PM

Name And Address Of Applicant Or Applicant's Attorney
Mr. Cornelius Tucker
1001 Veazey Rd. Butner NC 27509

Date: 6-8-05

Signature: [signature]

Telephone No.

☐ Deputy CSC ☑ Assistant CSC ☐ Clerk Of Superior Court ☐ Superior Court Judge
☐ Magistrate ☐ Attorney/DA ☐ District Court Judge

[Stamp: FILED 2005 JUL 29 PM 2:53 GRANVILLE COUNTY, C.S.C.]

**RETURN OF SERVICE**

I certify this subpoena was received and served on the person subpoenaed as follows:

By ☑ personal delivery. 1305
☐ registered or certified mail, receipt requested and attached.
☐ telephone communication *(For use only by the sheriff's office for witness subpoenaed to appear and testify.)*
☐ I was unable to serve this subpoena.

| Service Fee | ☐ Paid ☐ Due | Date Served | Signature of Authorized Server | Title |
|---|---|---|---|---|
| $ | | 6/27/05 | [signature] | Dep. Sheriff |

**NOTE TO PERSON REQUESTING SUBPOENA:** *A copy of this subpoena must be delivered, mailed or faxed to the attorney for each party in this case. If a party is not represented by an attorney, the copy must be mailed or delivered to the party. This does not apply in criminal cases.*

Rec'd 6/22/05

(Please See Reverse Side)

AOC-G-100, Rev. 10/03
© 2003 Administrative Office of the Courts

## NOTE: Rule 45, North Carolina Rules of Civil Procedure, Parts (c) and (d).

**(c) Protection Of Persons Subject To Subpoena**

(1) Avoid undue burden or expense. - A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing an undue burden or expense on a person subject to the subpoena. The court shall enforce this subdivision and impose upon the party or attorney in violation of this requirement an appropriate sanction that may include compensating the person unduly burdened for lost earnings and for reasonable attorney's fees.

(2) For production of public records or hospital medical records. - Where the subpoena commands any custodian of public records or any custodian of hospital medical records, as defined in G.S. 8-44.1, to appear for the sole purpose of producing certain records in the custodian's custody, the custodian subpoenaed may, in lieu of personal appearance, tender to the court in which the action is pending by registered or certified mail or by personal delivery, on or before the time specified in the subpoena, certified copies of the records requested together with a copy of the subpoena and an affidavit by the custodian testifying that the copies are true and correct copies and that the records were made and kept in the regular course of business, or if no such records are in the custodian's custody, an affidavit to that effect. When the copies of records are personally delivered under this subdivision, a receipt shall be obtained from the person receiving the records. Any original or certified copy of records or an affidavit delivered according to the provisions of this subdivision, unless otherwise objectionable, shall be admissible in any action or proceeding without further certification or authentication. Copies of hospital medical records tendered under this subdivision shall not be open to inspection or copied by any person, except to the parties to the case or proceedings and their attorneys in depositions, until ordered published by the judge at the time of the hearing or trial. Nothing contained herein shall be construed to waive the physician-patient privilege or to require any privileged communication under law to be disclosed.

(3) Written objection to subpoena. - Subject to subsection (d) of this rule, a person commanded to appear at a deposition or to produce and permit the inspection and copying of records may, within 10 days after service of the subpoena or before the time specified for compliance if the time is less than 10 days after service, serve upon the party or the attorney designated in the subpoena written objection to the subpoena, setting forth the specific grounds for the objection. The written objection shall comply with the requirements of Rule 11. Each of the following grounds may be sufficient for objecting to a subpoena:

a. The subpoena fails to allow reasonable time for compliance.
b. The subpoena requires disclosure of privileged or other protected matter and no exception or waiver applies to the privilege or protection.
c. The subpoena subjects a person to an undue burden.
d. The subpoena is otherwise unreasonable or oppressive.
e. The subpoena is procedurally defective.

(4) Order of court required to override objection. - If objection is made under subdivision (3) of this subsection, the party serving the subpoena shall not be entitled to compel the subpoenaed person's appearance at a deposition or to inspect and copy materials to which an objection has been made except pursuant to an order of the court. If objection is made, the party serving the subpoena may, upon notice to the subpoenaed person, move at any time for an order to compel the subpoenaed person's appearance at the deposition or the production of the materials designated in the subpoena. The motion shall be filed in the court in the county in which the deposition or production of materials is to occur.

(5) Motion to quash or modify subpoena. - A person commanded to appear at a trial, hearing, deposition, or to produce and permit the inspection and copying of records, books, papers, documents, or other tangible things, within 10 days after service of the subpoena or before the time specified for compliance if the time is less than 10 days after service, may file a motion to quash or modify the subpoena. The court shall quash or modify the subpoena if the subpoenaed person demonstrates the existence of any of the reasons set forth in subdivision (3) of this subsection. The motion shall be filed in the court in the county in which the trial, hearing, deposition, or production of materials is to occur.

(6) Order to compel; expenses to comply with subpoena. - When a court enters an order compelling a deposition or the production of records, books, papers, documents, or other tangible things, the order shall protect any person who is not a party or an agent of a party from significant expense resulting from complying with the subpoena. The court may order that the person to whom the subpoena is addressed will be reasonably compensated for the cost of producing the records, books, papers, documents, or tangible things specified in the subpoena.

(7) Trade secrets, confidential information. - When a subpoena requires disclosure of a trade secret or other confidential research, development, or commercial information, a court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or when the party on whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot otherwise be met without undue hardship, the court may order a person to make an appearance or produce the materials only on specified conditions stated in the order.

(8) Order to quash; expenses. - When a court enters an order quashing or modifying the subpoena, the court may order the party on whose behalf the subpoena is issued to pay all or part of the subpoenaed person's reasonable expenses including attorney's fees.

**(d) Duties In Responding To Subpoena**

(1) Form of response. - A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label the documents to correspond with the categories in the request.

(2) Specificity of objection. - When information subject to a subpoena is withheld on the objection that is is subject to protection as trial preparation materials, or that it is otherwise privileged, the objection shall be made with specificity and shall be supported by a description of the nature of the communications, records, books, papers, documents, or other tangible things not produced, sufficient for the requesting party to contest the objection.

## INFORMATION FOR WITNESS

**NOTE:** *If you have any questions about being subpoenaed as a witness, you should contact the person named on the other side of this Subpoena in the box labeled "Name And Address Of Applicant Or Applicant's Attorney.*

**DUTIES OF A WITNESS**

- Unless otherwise directed by the presiding judge, you must answer all questions asked when you are on the stand giving testimony.
- In answering questions, speak clearly and loudly enough to be heard.
- Your answers to questions must be truthful.
- If you are commanded to produce any items, you must bring them with you to court or to the deposition.
- You must continue to attend court until released by the court. You must continue to attend a deposition until the deposition is completed.

**BRIBING OR THREATENING A WITNESS**

It is a violation of State law for anyone to attempt to bribe, threaten, harass, or intimidate a witness. If anyone attempts to do any of these things concerning your involvement as a witness in a case, you should promptly report that to the district attorney or the presiding judge.

**WITNESS FEE**

A witness under subpoena and that appears in court to testify, is entitled to a small daily fee, and to travel expense reimbursement, if it is necessary to travel outside the county in order to testify. (The fee for an "expert witness" will be set by the presiding judge.) After you have been discharged as a witness, if you desire to collect the statutory fee, you should immediately contact the Clerk's office and certify to your attendance as a witness so that you will be paid any amount due you.

2003 Administrative Office of the Courts

File No.

**STATE OF NORTH CAROLINA**

Granville County

In The General Court Of Justice
District Court Division-Small Claims

Secured PARTY COMPLAINT FILED
**FOR MONEY OWED**
And Property 2005 JUN 17 AM 9:0[illegible]
GRANVILLE COUNTY, C.S.C.

Name And Address Of Plaintiff
Mr. Cornelius [illegible]
1001 VEAZEY road. Butner
Butner. N.C. 27509

Social Security No./Taxpayer ID No.
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

County: Granville | Telephone No.: 919-575-3070

**VERSUS**

Name And Address Of Defendant 1 ☐ Individual ☑ Corporation
J. CRAVEN, III (Braxton) Mn.
Corporation / 349 W. Main St. / Durham. N.C 27702

County: Durham. | Telephone No.: 919 688-8295

Name And Address Of Defendant 2 ☐ Individual ☑ Corporation
JAMES P. OWEN; Corp.
n.c. D.o.P/ Polk, 1001 VEAZEY road
Butner, N.C. 27509

County: Granville. | Telephone No.: 919 575 3070

Name And Address Of Plaintiff's Attorney
(In Propria Persona aforestyled)
Mr. Cornelius [illegible]
[illegible] Butner N.C. 27509

1. The defendant is a resident of the county named above. Money in[illegible] from decedent Mo[illegible]
F: Fiduciary/Bait and Switch deception
2. The defendant owes me the amount listed for the following reason:
A: trust fund Acct. check for Client fund. on Wachovia bank [illegible] Durham N.C. Def. Craven/Corporation
b: Purpose: to insure trust as Clients Fiduciary. Agreement to Safe keep, until BoP or. 2008 / Contract - written. violated [illegible]: $598.84 checks mailed to C.P. / Polk and R.S. Tucker, between Feb 11, 05 thru March. 24.05. callous. reckless. disregard of def. Craven:

| | |
|---|---|
| Principal Amount Owed | $ 598.84 |
| Interest Owed *(if any)* | $ Prose Atty. Fee's [illegible] 250.00 |
| Total Amount Owed | $ 848.84 |

*(check one below)*

☒ On An Account *(attach a copy of the account)* Attachment exhib A-B
Date From Which Interest Due: Feb. 11. 05 | Interest Rate: Atty Average fee

☐ For Goods Sold And Delivered Between
Beginning Date: | Ending Date: | Interest Rate:

☐ For Money Lent
Date From Which Interest Due: | Interest Rate:

☐ On a Promissory Note *(attach copy)*
Date Of Note: | Date From Which Interest Due: | Interest Rate:

☐ For a Worthless Check *(attach a copy of the check)*
In-Concert/Commingling Acts/Owin/Craven Recover Property/Bonds, and Money

☒ For conversion *(describe property)* C/Arden mailed, Mon. with his checks. $10. Bonds. Securities. U.S. Treasury: on two occassions. Aug. 04. $1,500.00. Batch. lost/destroyed. [illegible] [illegible] refuse to assist reissue [illegible] 10 batch. Feb. 05. to Owin, Polk Corp. Acct. Admin. without my consent/ broke contract written agreement to keep bonds until 2008: [illegible], Bait and Switch.

☒ Other: *(specify)* Bait and Switch [illegible] fail to follow-up. 598.84 check due to Agreement. for Tucker. Not R. Tucker Personal [illegible], fail to stop [illegible] Craven. Owin refuse to timely mail bonds to [illegible]. In a Bait. deception reprisal [illegible] [illegible] [illegible] act Commingle with Craven Complain
II. misrepresentation of Fiduciary funds and Bond/Notes. Deception. misus[illegible]
Craven: III. Also, Recover Dr. Warden's Report and Entire 5:02-cr-235-1 Bo Files

I demand to recover the total amount listed above, plus interest and reimbursement for court costs.
I declare under penalty of perjury that the foregoing is true and correct

Date: MAY 31st 2005 | Signature Of Plaintiff Or Attorney: Mr. Cornelius [signature]

AOC-CVM-200, Rev. 9/02
© 2002 Administrative Office of the Courts

(Over)

05-17-153

STATE OF NORTH CAROLINA

Granville County

File No. 05CVM 568

In The General Court Of Justice
District Court Division-Small Claims

Plaintiff(s)
Cornelius Tucker

VERSUS

Defendant(s)
Rene Smith and Joseph Craven

# MAGISTRATE SUMMONS

☐ ALIAS AND PLURIES SUMMONS

G.S. 7A-217, -232; 1A-1, Rule 4

Date Original Summons Issued

Date(s) Subsequent Summons(es) Issued

| TO: Polk Inst. | TO: Craven Corp. |
|---|---|
| Name And Address Of Defendant 1<br>Rene Smith<br>1001 Veazey Rd. Butner, NC 27509 | Name And Address Of Defendant 2<br>Joseph Craven<br>349 W. Main St. Durham NC 27702 |

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified date, time and location of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court at any time before the time set for trial. Whether or not you file an answer, the plaintiff must prove the claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

| Date Of Trial | Time Of Trial | Location Of Court |
|---|---|---|
| 7-21-05 | 9:30 ☒ AM ☐ PM | Magistrate Court - Oxford |

| Name And Address Of Plaintiff Or Plaintiff's Attorney | Date Issued |
|---|---|
| Cornelius Tucker<br>1001 Veazey Rd. Butner, NC 27509 | 6-29-05<br>Signature<br>Rita M. Oakley<br>☒ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court |

539/7-11-05/c Lost

AOC-CVM-100, Rev. 4/01

©2001 Administrative Office of the Courts

(Over)

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| *Date Served* | *Time Served* ☐ AM ☐ PM | *Name Of Defendant* |
|---|---|---|
| | | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copy Left (If Corporation, Give Title Of Person Copy Left With)*

☐ Other manner of service: *(specify)*.

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| *Date Served* | *Time Served* ☐ AM ☐ PM | *Name Of Defendant* |
|---|---|---|
| | | Joseph C Rawer |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copy Left (If Corporation, Give Title Of Person Copy Left With)*

☐ Other manner of service: *(specify)*.

☑ Defendant WAS NOT served for the following reason:
subject is out of Town until July 25th

FILED
2005 JUL 26 AM 11:31
GRANVILLE COUNTY, C.S.C.
BY [signature]

## FOR USE IN SUMMARY EJECTMENT CASES ONLY

☐ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| *Date Served* | *Name(s) Of The Defendant(s) Served By Posting* |
|---|---|
| | |

*Address Of Premises Where Posted*

| | |
|---|---|
| *Service Fee* $ | *Signature Of Deputy Sheriff Making Return* [signature] 539 |
| *Date Received* | *Name Of Sheriff (Type Or Print)* W. C. Hill |
| *Date Of Return* 7-12-05 | *County Of Sheriff* Durham |

©2001 Administrative Office of the Courts

**STATE OF NORTH CAROLINA**

GRANVILLE County

FILED

2004 SEP 16 AM 9:57

File No. 04-CVM-841

Abstract No.

Judgment Book And Page No.

In The General Court Of Justice
District Court Division-Small Claims

Name Of Plaintiff
Cornelius Tucker

VERSUS

Name Of First Defendant
James P. Orwin

Name Of Second Defendant
James B. Craven, III

GRANVILLE COUNTY, C.S.C.
BY [signature]

**NOTICE OF APPEAL TO DISTRICT COURT**

(Jury trial)

G.S. 7A-228, 7A-230

**TO THE CLERK OF SUPERIOR COURT:**

As the [X] plaintiff [ ] defendant in the above captioned action, I hereby give written Notice of Appeal on the judgment entered. This Notice is given within ten (10) days after the date the judgment in this action was entered.

[X] I certify that today I have served copies of this Notice to all parties involved in this action.

C.T. omit

I understand that I must pay to the Clerk of Superior Court the court costs for appeal within twenty (20) days after the magistrate rendered judgment, unless I am authorized to appeal as an indigent, or my appeal will be dismissed.

If I am the defendant, I also understand that in certain cases if I wish to stay execution of the judgment, I may be required to sign a bond and that the plaintiff may have an execution issued after ten (10) days if I have not signed the required bond.

Also, I demand that this Appeal be tried before a [ ] judge. [X] jury.

| Date Of Entry Of Judgment | Date Of Appeal | Date Costs Paid | Amount Of Court Costs Paid |
|---|---|---|---|
| Aug. 26, 2004 | Aug. 26 04 in Court, notarized 9/1/04 | indigent | $ indigent |

| Signature Of Appealing Party | Signature Of Appealing Party |
|---|---|
| [signature] | [signature] |

**NOTICE TO THE APPEALING PARTY**

**NOTICE OF APPEAL.** If you did not give Notice of Appeal to the magistrate in open court at the time the judgment was rendered, you may file this written Notice of Appeal with the clerk within ten (10) days after the judgment is entered. You have a right to request a trial by jury. If you do not ask for a jury trial, you will be given a trial by a judge without a jury. You must mail or deliver copies of this form to all of the other parties. If you mail them before filing this form with the Clerk, check the block in the body of the form indicating you have served the parties and fill out the back of the original of this form. If you mail copies after filing this form with the Clerk, you must file a separate certification of service with the Clerk.

**MANDATORY ARBITRATION.** Many counties have mandatory arbitration programs in which appeals from small claims court are heard by an arbitrator before they go to a district court trial. You will be notified if your case is assigned for mandatory arbitration and, if so, what you must do.

**COURT COSTS.** Within twenty (20) days after the magistrate's judgment is entered, you MUST PAY to the clerk, in cash, the court costs for appealing the case, or your appeal will be dismissed. If you cannot afford to pay the appeal costs, you may ask the clerk for the form to appeal as an indigent (AOC-G-106). You must file the form to appeal as an indigent within ten (10) days after the judgment was entered.

**STOPPING ENFORCEMENT OF JUDGMENT. Summary ejectment:** If you are a tenant appealing from a summary ejectment judgment entered against you and you wish to stay on the premises until the appeal is heard, you must SIGN A BOND that you will pay your rent as it becomes due into the Clerk's office; you must PAY IN CASH the amount of rent in arrears as determined by the magistrate; and if the judgment was entered more than five (5) days before the next rental payment is due, you may also have to PAY IN CASH the prorated amount of rent due from the date the judgment was entered until the next rental payment is due. Ask the clerk for the bond form (AOC-CVM-304) to allow you to stay on the premises. If you have not signed this bond and paid the prorated amount of cash within ten (10) days after the judgment was entered, the landlord can ask to have the sheriff remove you from the premises even though the case is being appealed. **Possession of personal property:** If the magistrate's judgment ordered you to return specific personal property to the other party and you wish to continue to hold that property until the appeal is heard, you must sign a bond, signed by at least one surety, that you and the surety will pay any costs and damages if you do not comply with the judgment of the district court. Ask the clerk for the bond form (AOC-CVM-906M). If you have not signed this bond within ten (10) days after the judgment was entered, the other party can ask to have the sheriff take the property from you even though the case is being appealed. **Money judgment:** If a money judgment has been entered against you, you do not need to sign a bond to stop enforcement. The judgment is automatically stayed until the appeal is heard.

**NOTICE TO PARTY NOT APPEALING**

If the appealing party has not asked for a jury trial and you wish to have a jury rather than a judge without a jury try your case, you must file a written request for a trial by jury with the clerk within ten (10) days after receiving this Notice and, within the same amount of time, you must mail copies of your written request to the other parties. See section on Mandatory Arbitration above.

AOC-CVM-303, Rev. 9/03
© 2003 Administrative Office of the Courts

(Over)

## CERTIFICATE OF SERVICE

I certify that a copy of this Notice of Appeal was served by

☐ depositing a copy enclosed in a postpaid properly addressed envelope in a post office or official depository under the exclusive care and custody of the U.S. Postal Service directed to the ☐ defendant. ☐ defendant's attorney. ☐ plaintiff. ☐ plaintiff's attorney.

☐ delivering a copy personally to the ☐ defendant. ☐ defendant's attorney. ☐ plaintiff. ☐ plaintiff's attorney.

☐ leaving a copy at the ☐ defendant's attorney's office with a partner or employee. ☐ plaintiff's attorney's office with a partner or employee.

☑ Other:

Request Court to Deliver Copies to Defendant's Indigent In Forma Pauperis Status

| *Date Mailed/Delivered* | *Signature Of Person Serving Notice Of Appeal* |
| --- | --- |
| *Name And Address Of Person To Whom Mailed/Delivered* | *Name Of Person Serving Notice Of Appeal (Type Or Print)* |
| | *Title* |

© 2002 Administrative Office of the Courts

See Attachment. Confidential Emergency Grievance to Director of NC Prisons.

DC-410 (8/89)

# NORTH CAROLINA DEPARTMENT OF CORRECTION
## DIVISION OF PRISONS
## ADMINISTRATIVE REMEDY PROCEDURE

Notary de Position T. Clifford M. Harris

1. Inmate Name: Cornelius Tucker 2. Inmate No.: 0412703 \ J. Councilman

3. Location: Polk. D-103 Seg Unit 4. Date: June 7, 2005

5. Grievance Statement: I informed Supervisor Case Mgr. [illegible] Councilman African [illegible] no Notary Service two weeks in a row, to no avail. Although Notary Todd Clifford Notarizes Caucasian inmates legal documents, African American Prisoners. Since Admin Rowland took office, The Caucasian Polk Staff Assert An Uncompromising [illegible] to Access to Court to us Af American Prisons. 0-[illegible] Petitions requested Notary last week to Councilman, to no avail. Cedric Caldwell requested Notary [illegible] and Clifford was in the Unit [illegible]. Notarizing Caucasians Papers But black [illegible] informed us Clifford hurriedly Duck out to Deny us black's Notary Service. This is A Direct Product of Michael Munns and Councilman to suppress [illegible] [illegible] [illegible] Cruel and Unusual Punishment, Discrimination Manifest. First, Fourth and 14th U.S. Const. Am. violation.

6. What remedy would resolve your grievance?: I Require Notary Service for (A) Small Claims Proceedings Injunctive [illegible] Against Polk (b) [illegible] P.I.F. 1048 Forms (C) Maliciously Discarded [illegible] for U.S. [illegible] on 5-11 and 5-12-05. Discarded by Munns, Smith and Mitchell.

7. Inmate Signature: Cornelius Tucker — I have [illegible] [illegible] to [illegible] 04-CVD-836

**OFFICIAL USE**

8. Date received: __/__/__ 9. __________ Receiving Officer Signature

10. ☐ This grievance is returned and can only be accepted when your current grievance completes step two.

11. Date delayed: __/__/__ 12. __________ Screening Officer Signature

13. The grievance is rejected for the following reason(s): (Enter Code) ______

A. State or Federal Court Decision
B. Parole Commission Decision
C. Appeals disciplinary action
D. Action not yet taken
E. Exceeds 1 year time limit
F. Remedy for another inmate
G. More than one incident
H. ARP procedures not followed
I. Violates Disciplinary No. 38
J. Beyond control of DOC

If grievance is rejected, # 13, # 14, # 15, and # 16 are completed by the Screening Officer, a photocopy of grievance is forwarded to Superintendent for review, and the original grievance is returned to inmate.

14. Rejection Justification: [illegible]

15. Date rejected: __/__/__ 16. __________ Screening Officer Signature

17. Date accepted: __/__/__ 18. __________ Screening Officer Signature

19. Grievance No.

Item #13, 15, or 17 to be completed within 3 calendar days of item #8.
Distribution: White to point of final disposition, Blue for Unit record; Green to inmate.

I Declare Under Penalty of Perjury that the foregoing is true and correct

Aug. 31st, 2005

Witness my hand. Mr. Cornelius Tucker.

POB 2500

Butner NC 27509

#04127-03